| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:02CR00232(AVC) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:04-CR-519-T-30 EAJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Wilson<br>3955 Iris St. North<br>St. Petersburg, FL 33703 | CONNECTICUT | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Alfred V. Covello, Sr. U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/20/03 — TO 10/19/08 |

**OFFENSE**

Failure to Pay a Legal Child Support Obligation, in violation of 18 U.S.C. § 228(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/9/04
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6 Dec. 2004
Effective Date

United States District Judge

# MEMORANDUM

**To:** Barbara Sunbury
Clerk's Office

**From:** Jennifer L. Amato JA
U.S. Probation Officer

**Subject:** WILSON, William Terry
Dkt. # 3:02CR00232 (AVC)
**TRANSFER OF JURISDICTION**

**Date:** December 21, 2004

I am enclosing the Probation Form 22, Transfer of Jurisdiction that has been signed by the Honorable James S. Moody, Jr. U.S. District Judge, Middle District of Florida, agreeing to accept jurisdiction of this case as of December 6, 2004.

Please forward the necessary papers to the Clerk of Court, Middle District of Florida in order to complete this transfer.

Should you have any questions, please feel free to contact me.


JLA:sbt

FILED 2004 DEC 21 P 3:32 U.S. DISTRICT COURT HARTFORD, CT.